In the Matter of ALVIN ROSENTHAL et al., as Trustees on Behalf of the HELMSLEY CHARITABLE TRUST. THE AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS et al., Proposed Intervenors-Appellants; DAVID PANZIRER et al., Respondents.

Submitted December 10, 2012; decided February 19, 2013

Motion by William Josephson and Marilyn Ordover, insofar as it seeks leave to file a brief amici curiae on the motion for leave to appeal herein, granted and the brief is accepted as filed; motion, insofar as it seeks leave to file a brief amici curiae on the appeal herein dismissed as academic.

Judge SMITH taking no part.